■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANI ABUHAMRA, Appellant. (Appeal No. 2.) [967 NYS2d 845]— Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department from an order of the Erie County Court (Thomas P. Franczyk, J.), dated June 5, 2012. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL 440.10.

It is hereby ordered that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Abuhamra* (107 AD3d 1630 [2013]). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.